FILED
JAN 24 2003
Judge Robert W. Gettleman
United States District Court

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. ) | |
|   DERRICK SEARCY, ) | |
| ) | |
|        Petitioner, ) | Case No. 02 C 2164 |
| ) | |
| MARK A. PIERSON, Warden, ) | The Honorable |
|   Hill Correctional Center, ) | Robert W. Gettleman, |
| ) | Judge Presiding. |
|        Respondent. ) | |

## NOTICE OF MOTION

TO:    John F. Ward, Jr.
          John R. Harrington
          Steven J. Winger
          JENNER & BLOCK
          One IBM Plaza
          Chicago, Illinois 60611

      PLEASE TAKE NOTICE that on Wedsnday, January 29, 2003, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Respondent will appear before the Honorable Robert W. Gettleman of the United States District Court for the Northern District of Illinois, Eastern Division, or whomever is sitting in his stead, in Courtroom 1703, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Respondent's MOTION FOR STAY OF JUDGMENT PENDING APPEAL *INSTANTER*.

                                                                  LISA MADIGAN
                                                                  Attorney General
                                                                  State of Illinois

                                                                  /s/ Lisa Anne Hoffman
                                                                LISA ANNE HOFFMAN
                                                                Assistant Attorney General
                                                                100 West Randolph Street
                                                                12th Floor
                                                                Chicago, Illinois 60601
                                                                (312) 814-2640

37

## PROOF OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the above motion and notice was served upon the above-named party on January 23, 2003, by personal service and on January 24, 2003, by placing such copy in the United States Mail at 100 West Randolph St., Chicago, Illinois, in an envelope bearing sufficient postage.

*[Signature]*

SUBSCRIBED and SWORN to
before me this 24th day of
January, 2003

*[Signature]*
NOTARY PUBLIC

*[Notary seal: OFFICIAL SEAL / NORENE RUDDS / NOTARY PUBLIC, STATE OF ILLINOIS / MY COMMISSION EXPIRES 1-11-2004]*

**IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED
JAN 2 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES, ex rel. ) | |
|   DERRICK SEARCY, ) | |
| ) | |
|         Petitioner, ) | Case No. 02 C 2164 |
| ) | |
| MARK A. PIERSON, Warden, ) | The Honorable |
|   Hill Correctional Center, ) | Robert W. Gettleman, |
| ) | Judge Presiding. |
|         Respondent. ) | |

## MOTION FOR STAY OF JUDGMENT PENDING APPEAL *INSTANTER*

Respondent, MARK A. PIERSON, by Lisa Madigan, Attorney General of the State of Illinois, respectfully moves this Honorable Court for a stay of its judgment in the above-entitled cause pending Respondent's appeal of such judgment to the United States Court of Appeals for the Seventh Circuit.

An affidavit in support of this motion is attached hereto.

                                                  Respectfully submitted,

                                                  LISA MADIGAN
                                                  Attorney General
                                                  State of Illinois

                                                  */s/ Lisa Anne Hoffman*
                                                  LISA ANNE HOFFMAN
                                                  Assistant Attorney General
                                                  100 West Randolph Street
                                                  12th Floor
                                                  Chicago, Illinois 60601
                                                  (312) 814-8811

STATE OF ILLINOIS )
) ss.
COUNTY OF COOK )

FILED
JAN 2 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

02C2164

## AFFIDAVIT

I, LISA ANNE HOFFMAN, being first duly sworn upon oath, deposes and states as follows:

1. In a decision entered on October 15, 2002, this Court granted Petitioner's petition for a writ of *habeas corpus* attacking his Illinois conviction for first-degree murder, for which Petitioner was sentenced to 42 years of imprisonment in the Illinois Department of Corrections.

2. On November 13, 2002, Respondent filed a notice of appeal and docketing statement seeking review of this Court's Memorandum Opinion and Order to the United States Court of Appeals for the Seventh Circuit. The appeal was docketed in the United States Court of Appeals on November 15, 2002.

3. Given Respondent's right to appeal this Court's decision, it is unwarranted for this Court to release Petitioner who had a conviction for first-degree murder.

4. In determining whether to grant a stay, the Court should look to the following factors: (1) whether the movant has made a strong showing that he is likely to succeed on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of a stay will substantially injure the other parties in the proceeding; and (4) where the public interest lies. Hilton v. Braunskill, 481 U.S. 770, 776 (1987); *see* Hakeem v. Beyer, 774 F.Supp. 276, 297 (D.N.J. 1991). A stay is justified so long as the State presents a substantial case on the merits and can show irreparable harm absent a stay and that a stay satisfies the public interest. Hilton,

37

481 U.S. at 778. Here, such factors weigh heavily in favor of staying this Court's judgment pending appeal.

5. First, Respondent maintains that he is likely to succeed on the merits. Respondent believes that this Court erred in determining that Petitioner suffered a violation of his rights under the Confrontation Clause. Moreover, this Court's determination that the Illinois Appellate Court's decision, to the contrary was objectively unreasonable fails to show the deference due state court decisions on *habeas* review. See Williams v. Taylor, 529 U.S. 362, 120 S.Ct. 1495, 1518-1523 (2000); Hall v. Washington, 106 F.3d 742, 748-49 (7th Cir.), *cert. denied*, 522 U.S. 907, 118 S.Ct. 264 (1997); Lindh v. Murphy, 96 F.3d 856, 869 (7th Cir. 1996), *rev'd on other grounds*, 521 U.S. 320, 117 S.Ct. 2059 (1997). Respondent believes that he has made a sufficient showing under Hilton to warrant a stay.

6. The remaining Hilton factors also weigh in favor of Respondent. Respondent will suffer irreparable injury as a result of having a murderer free. Moreover, the risk of harm to the public is neither speculative nor insubstantial in this case, Searcy's offense of murder is the most serious offense under Illinois law. Petitioner is not an individual who lives within the confines of law and society.

7. Finally, Petitioner will not suffer substantial harm as a result of a stay. He is serving a 42-year prison sentence for the offense of murder in this case. He is serving such sentence in the Hill Correctional Center. According to the on-line records of the Illinois Department of Corrections, Petitioner's earliest discharge date from that sentence is July 1, 2016. Thus, the remaining portion of Petitioner's sentence is substantial. A stay of the instant proceedings will not cause Petitioner substantial harm. In contrast, the final Hilton factor, the public's interest,

2

will only be served by a stay.

8. The detailed reasons for the delay in seeking this stay are outlined in Respondent's Response to Petitioner's Motion for Release from Custody, which is being filed simultaneously with this motion. However, Respondent briefly reiterates that the failure to seek a timely stay was not intentional, nor was it intended as a disregard of this Court's order or Petitioner's rights. Because Respondent maintains that had he sought a stay in a timely fashion, he would have been entitled to same, and further because Respondent is pursuing his appeal, Respondent respectfully requests that this Honorable Court enter a stay of the judgment pending the appeal at this time.

FURTHER AFFIANT SAYETH NOT.

_____
LISA ANNE HOFFMAN

SUBSCRIBED and SWORN to before me this 23rd day of January, 2003

_____
NOTARY PUBLIC

[OFFICIAL SEAL: NORENE RUDDS, NOTARY PUBLIC, STATE OF ILLINOIS, MY COMMISSION EXPIRES 1-11-2004]

3

## IN THE
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. ) | |
|    DERRICK SEARCY, ) | |
| ) | |
|           Petitioner, ) | Case No. 02 C 2164 |
| ) | |
| MARK A. PIERSON, Warden, ) | The Honorable |
|    Hill Correctional Center, ) | Robert W. Gettleman, |
| ) | Judge Presiding. |
|           Respondent. ) | |

## ORDER

This cause coming on to be heard on the motion of Respondent for a stay of judgment pending resolution of Respondent's appeal to the United States Court of Appeals for the Seventh Circuit, and the Court being fully advised in the premises; it is hereby ordered that the Respondent's motion for a stay pending appeal is hereby ALLOWED/DENIED.

ENTER:

_____

LISA ANNE HOFFMAN
Assistant Attorney General
Attorney for: Respondent
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2640