16cv2164
1:02-CV-02164
FILED
FEB 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(1) 2-25-2017

MR. BRUTON

1st I want to let you know I will owe $you$ for all ETERNITY!

You have helped me for years! I was released from SLAVERY in (2016) - May. After Serving 21 yrs of a 100% ILLEGAL Incarceration. Modern-Day-Slavery.

I will compensate (you) when I win my SLAVERY Law Suits. or Before, Because I have Filed other Law Suits.

I've had most of my legal papers stolen. Due to Homelessness, State Shelters, Half-way Houses, Parole, & 1,000 other problems!!!

You can call me 11am to 8pm Any Day. 1-630-926-9269.

Several Law Firms took All of my Assets & Money, Never Freeing me As they promised.

None of them trying to Help me NOW! I pray to God that you know someone who will Help me SAVE For $100 Million or More.

I had the Roughest, Worst 21 yrs you ever Heard of in those prisons for 21 years.

Call me if you know of Any one who can Help me — North Western Promised me for 21 yrs. yet they Never did ZERO. Absolutely Nothing. MANY Colleges, Universitys, Law Firms, Politicians, Groups, & others All Let me Down.

MR. L. DERRICK SEARCY SR. II
P.O. Box 24820
Chicago, Illinois
60624
1-630-926-9269

"I was Attacked by Gangs known & unknown in Gangs in jail" 1-630-926-9269

① DEAR BRUTON 02-15-2017

Please send me something signed by Federal Court Judge Robert W. Gettleman. 02-C-2164

Stateing I was to be Released, I won my HAB, & anything else that shows he wanted me Released! So I can use it to get help to sue A to Z.

I know they would rather KILL me than pay me. I'll still keep trying. I would have had a great start after 21 yrs in Hell. If the lawyers hadn't cheated me out of money. Since None of them got me set Free. 02-C-2164

926-9269
630-

I Also All my money
in Banks Stolen. Also All
Assets Stolen. The Total, over A
Million Dollars.

Send me what ever
Feel I will need to
A Huge Law Suit. What ever
you suggest I will Do.

YOU WIN $

you have been Extremely, Ex
traordinarily Kond to me. $
I $ Won't forget it.

— Sincerly — Forever — GrateFull —

MR. L. D. SEARCY
P. O. BOX 24820
CHicago, IL. 6060 24
1-630-926-9269